# Court of Appeals
# of the State of Georgia

ATLANTA,  August 14, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0156. CEDRIC JONES v. KIARA ROBERTS.**

Kiara Roberts filed a petition to hold Cedric Jones in contempt for failure to pay child support. After the trial court found him in contempt, Jones filed this direct appeal. We, however, lack jurisdiction.

"Appeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be made by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2), (b). Where the issue on appeal is child support, the case is a domestic relations case within the meaning of the statute. See *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012) (an action in which the "underlying subject matter is [the] obligation to provide child support" is "a domestic relations case subject to review only by application"); see also *Russo v. Manning*, 252 Ga. 155, 155 (312 SE2d 319) (1984) ("A judgment of contempt regarding a domestic relations decree is appealable only by application for discretionary appeal."). Although OCGA § 5-6-34 (a) (11) permits a direct appeal from an order holding a party in contempt of certain child custody rulings, the contempt order here was based solely on failure to pay child support and thus may not be appealed directly. See *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017) (holding that it is the issue raised on appeal that determines the proper appellate procedure).

Jones's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 08/14/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*